## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
   **Plaintiff**

    **v.**                                **Criminal No. 07-156 (ADC)**

**CARLOS SEÑERIZ-ORTIZ (1),**
   **Defendant.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on October 11, 2007. (**Docket No. 236**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Carlos Señeriz-Ortiz** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1), 846 and 860 inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for January 8, 2008 at 11:30 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 14th day of November, 2007.


                                                        S/**AIDA M. DELGADO-COLON**
                                                        **United States District Judge**